1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9   PAUL DEMOND SMITH,

10          Plaintiff,                    No. CIV S-10-2966 GGH P

11       vs.

12   LAURIE ANN BERLINER, et al.,

13          Defendants.              <u>ORDER</u>

14   _____/

15          On December 7, 2010, plaintiff filed his consent to the jurisdiction of the

16   undersigned (docket #8).  By order filed November 17, 2010, the court granted plaintiff twenty-

17   eight days to file an amended complaint.  In the November 17th order, the court informed

18   plaintiff of the deficiencies in his complaint.  Plaintiff filed a notification of a change of address

19   on December 7, 2010 (docket #7) and again on February 17, 2011 (docket #10), and the

20   November 17, 2010 order was reserved to his current address.  To date, plaintiff has not filed an

21   amended complaint or otherwise responded to the court's order.

22   \\\\

23   \\\\

24   \\\\

25   \\\\

26   \\\\

1

1          For the reasons given in the November 17, 2010, order, IT IS HEREBY

2  ORDERED that this action is dismissed with prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P.

3  41(b).

4  DATED: October 11, 2011

5

                               /s/ Gregory G. Hollows

6  de                             UNITED STATES MAGISTRATE JUDGE

   smit2966.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26