IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL DEMOND SMITH,

        Plaintiff,                        No. CIV S-10-2966 GGH P

   vs.

LAURIE ANN BERLINER, et al.,

        Defendants.               <u>ORDER</u>

_____/

        On December 7, 2010, plaintiff filed his consent to the jurisdiction of the undersigned (docket #8). By order filed November 17, 2010, the court granted plaintiff twenty-eight days to file an amended complaint. In the November 17th order, the court informed plaintiff of the deficiencies in his complaint. Plaintiff filed a notification of a change of address on December 7, 2010 (docket #7) and again on February 17, 2011 (docket #10), and the November 17, 2010 order was reserved to his current address. To date, plaintiff has not filed an amended complaint or otherwise responded to the court's order.

\\\\

\\\\

\\\\

\\\\

\\\\

1

1  For the reasons given in the November 17, 2010, order, IT IS HEREBY
2  ORDERED that this action is dismissed with prejudice.  See Local Rule 110; Fed. R. Civ. P.
3  41(b).
4  DATED: October 11, 2011

                                              /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

de
smit2966.fta